Hedwig Lipski, Appellant, v. Arthur Schwartz, Appellee.

Gen. No. 46,460. 

First District, Second Division.
April 6, 1955.
Rehearing denied May 16, 1955.
Released for publication May 23, 1955.

Robert B. Cook, for appellant; Allan R. Cohen, and Louis A. Lehr, of counsel; Julius J. Schwartz, and Richard F. Watt, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.